**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 1:25-cv-24512-WILLIAMS**

UNITED STATES OF AMERICA,　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff,　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　v.　　　　　　　　　　　　　)　　**CONSENT JUDGMENT REVOKING**
　　　　　　　　　　　　　　　　　　)　　**NATURALIZATION**
MIRELYS CABRERA DIAZ,　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　Defendant.　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)

The Court having considered the Complaint filed by the United States of America against Defendant Mirelys Cabrera Diaz, and having subject-matter jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 and 1345 for a cause of action under 8 U.S.C. § 1451(a); Defendant having been advised by counsel; the parties having filed a Joint Motion for Consent Judgment ("***Joint Motion***"), ECF No. 11; and Defendant having admitted that she illegally procured her naturalization as described in Count II of the Complaint, ECF No. 1, and in the Joint Motion; it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

(1)　　The Joint Motion is **GRANTED**;

(2)　　In accordance with the Joint Motion, judgment is **ENTERED** in favor of the United States and against Defendant on Count II, and the remaining counts are **DISMISSED** as moot;

(3)　　The Court **FINDS** and **DECLARES** that Defendant illegally procured her naturalization on October 27, 2017;

(4)　　The order admitting Defendant to U.S. citizenship is **REVOKED** and **SET ASIDE**, effective as of the original date of the order, October 27, 2017;

(5)     Certificate of Naturalization No. 39249062, is **CANCELED**, effective as of the original date of the certificate, October 27, 2017;

(6)     Defendant is forever **RESTRAINED** and **ENJOINED** from claiming any rights, privileges, benefits, or advantages under any document that evidences U.S. citizenship obtained as a result of her October 27, 2017 naturalization;

(7)     Defendant shall, within 21 days of this Order, surrender and deliver her Certificate of Naturalization No. 39249062, any and all (valid or expired) U.S. passports, passport cards, and enhanced driver's licenses, and any other indicia of U.S. citizenship, as well as any copies thereof in her possession or control (and make good faith efforts to recover and then surrender any copies thereof that she knows are in the possession or control of others), to the United States Attorney General via counsel for the United States, Troy D. Liggett;

(8)     The Parties, including Defendant personally, shall appear in person for a status conference on **April 29, 2026 at 3:00 pm**, at which Defendant must demonstrate that she has complied with this Judgment or demonstrate a compelling reason why she has not done so, unless Plaintiff provides notice that Defendant has fully complied and this Judgment is satisfied, in which case such hearing will be canceled.

   **DONE AND ORDERED** in Chambers in Miami, Florida, on this 23rd day of March, 2026.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE